IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LEONARDO PEREZ,

      Appellant,

 v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, ET AL.,

      Appellees.

Case No.  5D15-1874

_____/

Opinion filed June 17, 2016

Non-Final Appeal from the Circuit Court
for Orange County,
John H. Adams, Judge.

Leonardo Perez, Apopka, pro se.

Susan B. Morrison and Lauren E. Wages,
Law Office of Daniel C. Consuegra, P.L.,
Tampa, for Appellee, Federal National
Mortgage Association.

No Appearance for other Appellees.

PER CURIAM.

      Affirmed.  See Heilman v. Fla. Dep't of Revenue, 727 So. 2d 958. 960 (Fla. 4th

DCA 1998) ("[I]n cases involving multiple filings of removal petitions, a state court retains

jurisdiction to act when the federal court subsequently denies a removal petition which is

based on the same grounds as a previously denied removal petition." (citing Farm Credit Bank of St. Paul v. Rub, 481 N.W.2d 451 (N.D. 1992))).

TORPY, BERGER and LAMBERT, JJ., concur.